ELISABETH M. BRUCE
AMANDA K. TOMACK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 598-0969
Fax: (202) 514-6866
Elisabeth.M.Bruce@usdoj.gov
Amanda.Tomack2@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | Chapter 11 |
| | : | |
| Bed Bath & Beyond, Inc., et. al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | Adv. Pro. No. 24-01533 (VFP) |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERIVCE, | : | |
| Agency of the United States of America | : | |
| (Internal Revenue Service), | : | |
| | : | |
| Defendant. | : | |
| | : | |

## UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss this Complaint as the Court lacks subject-matter

jurisdiction and the Plaintiff fails to state a claim upon which relief may be granted. Fed. R. Civ.

1

P. 12(b)(1), (6) (as incorporated by Fed. R. Bankr. P. 7012(b)).  The United States relies on the arguments in its Memorandum of Law attached to this Motion and respectfully requests that the Court dismiss the Complaint with prejudice pursuant to the attached Proposed Order.

Date: October 18, 2024,

                              Respectfully submitted,

                              DAVID A. HUBBERT
                              Deputy Assistant Attorney General

                              */s/ Elisabeth M. Bruce*
                              ELISABETH M. BRUCE
                              AMANDA K. TOMACK
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C.  20044
                              Telephone: (202) 598-0969
                              Fax: (202) 514-6866
                              Elisabeth.M.Bruce@usdoj.gov
                              Amanda.Tomack2@usdoj.gov
                              *Counsel for the United States*