ELISABETH M. BRUCE
AMANDA K. TOMACK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 598-0969
Fax: (202) 514-6866
Elisabeth.M.Bruce@usdoj.gov
Amanda.Tomack2@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | Chapter 11 |
| Bed Bath & Beyond, Inc., et. al., | Case No. 23-13359 (VFP) |
| Debtors. | |
| MICHAEL GOLDBERG as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond Inc., | Adv. Pro. No. 24-01533 (VFP) |
| Plaintiff | |
| vs. | |
| INTERNAL REVENUE SERIVCE, Agency of the United States of America (Internal Revenue Service), | |
| Defendant. | |

## NOTICE OF MOTION

    **NOTICE IS HEREBY GIVEN** that on October 18, 2024, the Defendant, the United States of America, filed a Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) (as incorporated by Fed. R. Bankr. P. 7012). In support of the Motion,

1

the United States is relying on the Memorandum of Law accompanying the Motion. A Proposed Order was also submitted.

    The Plaintiff's response deadline is set for November 6, 2024 and the Motion is set for the Court's Motion Day on November 13, 2024 as identified on the accompanying Docket Entry. This response deadline may have been superseded by the Court's Standing Orders, which can be found on the Court's website: https://www.njb.uscourts.gov/.

    The Plaintiff is notified that it is entitled to file a response opposing the United States' Motion. Under the Local Rules, any such response must be filed with the Clerk of Court for the U.S. Bankruptcy Court for the District of New Jersey. More information can be found on the Court's website: https://www.njb.uscourts.gov/.

Date: October 18, 2024,

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    */s/ Elisabeth M. Bruce*
    ELISABETH M. BRUCE
    AMANDA K. TOMACK
    U.S. Department of Justice
    P.O. Box 227
    Washington, D.C.  20044
    Telephone: (202) 598-0969
    Fax: (202) 514-6866
    Elisabeth.M.Bruce@usdoj.gov
    Amanda.Tomack2@usdoj.gov
    *Counsel for the United States*