ELISABETH M. BRUCE
AMANDA K. TOMACK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 598-0969
Fax: (202) 514-6866
Elisabeth.M.Bruce@usdoj.gov
Amanda.Tomack2@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | Chapter 11 |
| | : | |
| Bed Bath & Beyond, Inc., et. al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | Adv. Pro. No. 24-01533 (VFP) |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERIVCE, | : | |
| Agency of the United States of America | : | |
| (Internal Revenue Service), | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS AND
DISMISSING COMPLAINT WITH PREJUDICE**

The relief set forth on the following pages, numbered two (2) through (2) is

**ORDERED**.

1

This matter having come before the Court on the United States' Motion to Dismiss under Federal Rule of Bankruptcy Procedure 7012, the Court hereby **ORDERS** as follows:

1. The United States Motion to Dismiss is **GRANTED**; and

2. The Plaintiff's Complaint is **DISMISSED** with prejudice.