| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email:  bsandler@pszjlaw.com<br>  plabov@pszjlaw.com<br>  crobinson@pszjlaw.com<br><br>Peter O. Larsen, Esq. (admitted *pro hac vice*)<br>Raye Elliott, Esq. (admitted *pro hac vice*)<br>AKERMAN LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202<br>Telephone: (904) 798-3700<br>Email:  peter.larsen@akerman.com<br>  raye.elliott@akerman.com<br><br>*Counsel to Plaintiff / Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>    Plaintiff,<br>v.<br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>    Defendant. | Adversary No. 24-01533 (VFP) |

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

## ADJOURNMENT REQUEST

1. I, Colin R. Robinson, am the attorney for Michael Goldberg, Plan Administrator, and request adjournment of the pretrial conference for the reason set forth below:

Current hearing date and time: October 24, 2024, at 10:00 a.m.

New date requested: November 13, 2024, at 10:00 a.m.

Reason for adjournment request: The parties have agreed to adjourn the pretrial conference to coincide with scheduled hearing on the defendant's motion to dismiss.

2. Consent to adjournment:

[X] I have the consent of all parties.

[ ] I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 23, 2024          /s/ Colin R. Robinson
                                Signature

COURT USE ONLY:

The request for adjournment is:

X    Granted      New hearing date: **11/13/24 @ 10AM**    Peremptory

Granted over objection(s)    New hearing date:              Peremptory

Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4884-6920-7514.1 08728.003                2