UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | |
| | : | **Order Filed on November 27, 2024** |
| Bed Bath & Beyond, Inc., et. al., | : | Chapter 11 **by Clerk** |
| | : | **U.S. Bankruptcy Court** |
| Debtors. | : | **District of New Jersey** |
| | : | Case No. 23-13359 (VFP) |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 24-01533 (VFP) |
| vs. | : | |
| | : | |
| | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| Agency of the United States of America, | : | |
| | : | |
| Defendant. | : | |

### ORDER REGARDING UNITED STATES' MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through (2), is **ORDERED**.

**DATED: November 27, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

This matter having come before the Court on the United States' Motion to Dismiss under Federal Rule of Bankruptcy Procedure 7012 (the "Motion to Dismiss"); and the Court having considered the submissions of the parties and the arguments of counsel; and due notice having been given; and for the reasons set forth on the record at the hearing held on November 13, 2024; and other good cause shown; the Court hereby **ORDERS** as follows:

1. The Court denies with prejudice the Motion to Dismiss on the grounds of lack of subject matter jurisdiction under Fed. R. Bankr. P. 12(b)(1); and

2. The Court denies without prejudice the Motion to Dismiss on the grounds of failure to state a claim under Fed. R. Bankr. P. 12(b)(6); and

3. The Court will treat the remaining portions of the Motion to Dismiss as a motion for summary judgment under Rule 56, as permitted and provided by Fed. R. Bankr. P. 7012(d); and

4. The parties are directed to meet and confer on a pretrial order that establishes a discovery schedule, including (without limitation) as to any factual and/or expert discovery and may address other related pretrial matters. If the parties cannot agree on such a pretrial order, either party may contact the Court and request a conference to address any open issues.