| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone:  (212) 561-7700 <br> Email:     bsandler@pszjlaw.com <br>          plabov@pszjlaw.com <br>          crobinson@pszjlaw.com <br><br> Peter O. Larsen, Esq. (admitted *pro hac vice*) <br> Raye Elliott, Esq. (admitted *pro hac vice*) <br> AKERMAN LLP <br> 50 North Laura Street, Suite 3100 <br> Jacksonville, FL 32202 <br> Telephone: (904) 798-3700 <br> Email:     peter.larsen@akerman.com <br>          raye.elliott@akerman.com <br><br> *Counsel to Plaintiff / Plan Administrator* | |
| In re: <br><br> 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., <br><br> Plaintiff, <br> v. <br> INTERNAL REVENUE SERVICE, an agency of the United States of America, <br><br> Defendant. | Adversary No. 24-01533 (VFP) |

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

4936-7381-4045.1 08728.003

# CERTIFICATE OF SERVICE

1. I, Maria Viramontes:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Plan Administrator.

    ☐ am the _____ in this matter am representing myself.

2. On February 12, 2025, I caused a true and correct copy of the *Plaintiff's Agreed Motion for Leave to File Amended Complaint* [Docket No. 30] to be served by regular first class U.S. mail on the below:

    Elisabeth Bruce
    DOJ-Tax
    555 4th Street NW
    Washington, DC 20001

    Amanda Tomack
    DOJ-Tax
    1275 First St. NE
    Ste 10203
    Washington, DC 20002

3. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

    Date:  February 19, 2025            */s/ Maria Viramontes*
                                                             Maria Viramontes