# **Exhibit A**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>Peter O. Larsen, Esq. (admitted *pro hac vice*)<br>Raye Elliott, Esq. (admitted *pro hac vice*)<br>AKERMAN LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202<br>Telephone: (904) 798-3700<br>peter.larsen@akerman.com<br>raye.elliott@akerman.com<br><br>*Counsel to Plaintiff / Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>         Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br>         Plaintiff,<br>v.<br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br>         Defendant. | Adversary No. 24-01533 (VFP) |

### ORDER GRANTING PLAINTIFF'S MOTION
### <u>FOR LEAVE TO FILE AMENDED COMPLAINT</u>

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

79875381;1

(Page | 2)

| | |
|---|---|
| Debtors: | BED BATH & BEYOND INC., *et al*. |
| Adversary Case No. | 24-01533 (VFP) |
| Caption of Order: | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

This proceeding came before the Court upon the Motion for Leave to File Amended Complaint (the "Motion") filed by Plaintiff, Michael Goldberg, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. (the "Plan Administrator"). The Defendant having consented to the Motion, it is

ORDERED that

1. The Motion is GRANTED.

2. Plaintiff is authorized to file the Amended Complaint attached to the Motion as Exhibit A.

3. Defendant shall have thirty (30) days from the date of this Order to file a responsive pleading to the Amended Complaint.

79875381;1