**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

Peter O. Larsen, Esq. (admitted *pro hac vice*)
Raye Elliott, Esq. (admitted *pro hac vice*) AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
peter.larsen@akerman.com
raye.elliott@akerman.com

*Counsel to Plaintiff / Plan Administrator*

**Order Filed on March 4, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,

    Debtors.

MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,
    Plaintiff,
v.
INTERNAL REVENUE SERVICE, an agency of the United States of America,

    Defendant.

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

Adversary No. 24-01533 (VFP)

# ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

**DATED: March 4, 2025**

    **Honorable Vincent F. Papalia**
    **United States Bankruptcy Judge**

79875381;1

This proceeding came before the Court upon the Motion for Leave to File Amended Complaint (the "<u>Motion</u>") filed by Plaintiff, Michael Goldberg, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc. (the "Plan Administrator"). The Defendant having consented to the Motion, it is

ORDERED that

1.     The Motion is GRANTED.

2.     Plaintiff is authorized to file the Amended Complaint attached to the Motion as Exhibit A.

3.     Defendant shall have thirty (30) days from the date of this Order to file a responsive pleading to the Amended Complaint.

79875381;1