**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, *Mediator*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et al.*,<br><br>    Debtors. | Case No. 23-13359 (VFP)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Vincent F. Papalia |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>    Plaintiff,<br>vs.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>    Defendant. | Adv. Pro. No. 24-01533 (VFP) |

## ACCEPTANCE OF APPOINTMENT AS MEDIATOR

Anthony Sodono, III, hereby accepts appointment as Mediator pursuant to the Mediation Order dated August 19, 2025, and confirms that he does not have any conflicts with respect to the matter to be mediated.

Dated: August 20, 2025                              */s/ Anthony Sodono, III*
                                                                    ANTHONY SODONO, III

4932-9978-3009, v. 1