**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (admitted *pro hac vice*)
Raye Elliott, Esq. (admitted *pro hac vice*)
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 233-7333
Email: steven.wirth@akerman.com
      peter.larsen@akerman.com
      raye.elliott@akerman.com

*Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, | Case No. 23-13359(VFP) |
| | (Jointly Administered) |
|         Debtors. | |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., | Adversary Proceeding No. 24-01533-VFP |
|         Plaintiff, | |
| v. | |
| INTERNAL REVENUE SERVICE, an agency of the United States of America, | |
|         Defendant. | |

## ADJOURNMENT REQUEST

      1.      I, Steven R. Wirth, am the attorney for Michael Goldberg, Plan Administrator,

and request adjournment of the pretrial conference for the reason set forth below:

      <u>Current hearing date and time</u>: December 11, 2025 at 10:00 a.m.

      <u>New date requested</u>: February 26, 2026 at 10:00 a.m.

Reason for adjournment request: On January 23, 2025, the Court entered a Joint Order Scheduling Pretrial Proceedings and Trial [Adv. Doc. 28] and on August 19, 2025, the Court entered a Mediation Order [Adv. Doc. 42]. A mediation conference was held on September 11, 2025. While no agreement was reached at the mediation conference, the mediator left the mediation "open" and the parties are still engaged in settlement discussions.

2.      Consent to adjournment:

[X]      I have the consent of all parties.

[  ]      I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: December 8, 2025                    /s/ Steven R. Wirth
                                          Signature


COURT USE ONLY:

The request for adjournment is:

☒    Granted        New hearing date: 2/26/26 at 10am   ☐     Peremptory

☐    Granted over objection(s)    New hearing date:            ☐     Peremptory

☐    Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

84656705;1