| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven Wirth<br>Peter O. Larsen (admitted *pro hac vice*)<br>Raye Elliott (admitted *pro hac vice*)<br>Stefi George (admitted *pro hac vice*)<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Facsimile:  (813) 223-2837<br>Email:  steven.wirth@akerman.com<br>          peter.larsen@akerman.com<br>          raye.elliott@akerman.com<br>          stefi.george@akerman.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>        Defendant. | Adversary Proceeding No. 24-01533 (VFP) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on March 17, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff, Michael Goldberg as Plan Administrator (the "Plan

85234330;1

Administrator") for 20230930-DK-Butterfly, Inc. f/k/a Bed Bath & Beyond, Inc. shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Court, District of New Jersey, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3B, for entry of an order in the form submitted herewith, granting the Plan Administrator summary judgment with respect to the above-captioned adversary proceeding, pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Plan Administrator shall rely upon Plaintiff's Statement of Material Facts Not in Dispute, Plaintiff's Memorandum of Law in support of its Motion, and the Declaration of Laura Crossen (with the exhibits annexed thereto). A proposed order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-2, Defendant's response shall be filed and served no later than seven (7) days before the date of the hearing.

Dated: February 3, 2026

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Raye C. Elliott, Esq. (admitted *pro hac vice*)
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

and

Peter O. Larsen, Esq. (admitted *pro hac vice*)

Email: peter.larsen@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

and

Stefi George (admitted *pro hac vice*)
Email: stefi.george@akerman.com
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

*Counsel for the Plan Administrator*

85234330;1