| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth, Esq.<br>Peter O. Larsen, Esq. (admitted *pro hac vice*)<br>Raye Elliott, Esq. (admitted *pro hac vice*)<br>Stefi George, Esq. (admitted *pro hac vice*)<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 233-7333<br>Email:  steven.wirth@akerman.com<br>   peter.larsen@akerman.com<br>   raye.elliott@akerman.com<br>   stefi.george@akerman.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-13359(VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>            Defendant. | Adversary Proceeding No. 24-01533-VFP |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The relief forth on the following page is **ORDERED.**

85236076;1

Upon the Motion for Summary Judgment (the "Motion") of Plaintiff, Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliates ("Debtor or Debtors"), for an order pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff summary judgment in this adversary proceeding; and having reviewed the Motion and all papers filed in opposition thereto; and after an opportunity for a hearing on the Motion; and it appearing that due and adequate notice of the Motion having been given to all parties entitled thereto and no other or further notice is necessary; and the Court having determined that the relief sought by the Motion is proper; and the Court having determined that there are no genuine issues of material fact in dispute and that Plaintiff is entitled to judgment as a matter of law;

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is GRANTED.

2. In accordance with Rules 7058 and 9021 of the Federal Rules of Bankruptcy Procedure, the Court is contemporaneously entering a separate final judgment.

85236076;1