| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven Wirth<br>Peter O. Larsen (admitted *pro hac vice*)<br>Raye Elliott (admitted *pro hac vice*)<br>Stefi George (admitted *pro hac vice*)<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Telephone: (813) 223-7333<br>Facsimile:  (813) 223-2837<br>Email:  steven.wirth@akerman.com<br>            peter.larsen@akerman.com<br>            raye.elliott@akerman.com<br>            stefi.george@akerman.com<br><br>*Counsel to the Plan Administrator* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>            Defendant. | Adversary Proceeding No. 24-01533 (VFP) |

## **CERTIFICATION OF SERVICE**

1.    I, Jennifer Meehan:

☐ represent _____ in this matter.

85234868;1

☒ am the paralegal for <u>Steven Wirth</u>, who represents the Plaintiff in this matter.

2. On February 3, 2026, I electronically filed Plaintiff's Motion for Summary Judgment using the Court's CM/ECF system which will send a copy of the Motion to all parties registered to receive notification of such filings via CM/ECF.

3. I hereby certify under penalty of perjury that the Plaintiff's Motion for Summary Judgment was sent using the mode of service indicated.

Date: February 3, 2026

<i>/s/ Jennifer Meehan</i> ___