# Exhibit A

Go Back

07/03/2012 11:30:58 AM

**BED BATH & BEYOND**
Customer Service Manual CS-003

# ACCOMMODATIONS & DONATIONS

There are two types of donations or customer accommodations:

- Merchandise
- Gift Cards

**MERCHANDISE DONATIONS:**
Corporate has entered into a relationship with 'Good360', a national charity that matches local charities to companies that donate merchandise. Corporate will assign each store a local charity.

For the procedures on how to process a donation to a charity, please refer to the Operations Manual (Section 12 - Profit Recovery Program).

**GIFT CARD DONATIONS & ACCOMMODATIONS:**
Gift Card donations & accommodations are requested and processed through the Donations & Customer Accommodations Workflow application. *(located in BedNet --> eForms --> Store Operations-->...Other)*



**NOTE:**

- Store Managers and Keyholders can create and submit requests, but all Keyholders must submit their requests to the Store Manager for approval.
- When a Store Manager submits a request, the system will immediately recognize that they are the Store Manager and the form is automatically approved and sent to Corporate Customer Service for processing.
- District and Regional staff can not create these requests at this time.

Once you have accessed the application, there are four options:

> My Approvals

> My Documents

> Donations

> Accommodations

**Any questions regarding the Accommodations & Donations Workflow should be directed to your DCST.**

Go Back                                                              07/03/2012 11:27:40 AM

## OVERVIEW

The first component of the 'Profit Recovery Program' deals with how to determine what merchandise should be sold, donated, or destroyed and gives guidelines regarding operational issues and merchandising. The second component illustrates the operational process necessary to donate merchandise to a charity. Corporate will assign each store to a local charity that will make periodic pickups from your store to gather the merchandise to be donated.

## POLICY

This document includes guidelines for determining whether or not an item is re-saleable or when to donate the merchandise. It also includes recommendations for pricing re-saleable merchandise and suggestions for merchandise display/selling locations.

**NOTE: Always follow JDA guidelines for disposition of RTV product. You must wait the full 21 days to allow a vendor to respond to a RTV request. At the end of the 21-Day period, process the RTVs as outlined in the Operations Manual (Section 3 - 'Outbound Freight'). Process saleable items and items to be donated according to the guidelines set forth in this policy.**

Go Back                                                                 07/03/2012 11:27:17 AM

Our goal is to sell 'As Is' or donate as much merchandise as possible. Many items may not meet the Bed Bath & Beyond standard of first quality merchandise and therefore cannot be resold 'As Is'. However, these items should be donated as long as they do not pose a safety hazard.

The donation category is made up of two groups of merchandise:

- Any merchandise that has been processed through the RTV program or as a freight claim.
- Any merchandise placed in the sellable category that did not sell in a 14-day period. There is no need to do any additional inventory adjustment s as this product was already removed from your store's physical inventory during the original RTV process.

If the item is blocked from the RTV system with an RTV policy of 08: "STOP! DO NOT PROCESS HOLD MERCH . . .," please process as follows:

- Complete a Paper Price Change Report to account for the markdown and send a copy with all the appropriate signatures to Corporate, Attention Asset Management, via the Corporate mail. Refer to Section 2 – Pricing in the Operations Manual for complete instructions.
- Perform an inventory adjustment to remove the item(s) from your Store's inventory, noting "Donated-PCR completed" in the 'Reason for Adjustment' section. Refer to Section 1 – Inventory Control in the Operations Manual for complete instructions.

Each item must be *thoroughly* checked to ensure that the merchandise is functional and can be safely used by anyone. If there is ever a question about the safety of an item, it **should not be placed for donation.**

**As a general rule, product that is not sellable at Bed Bath & Beyond's high standards of quality, but still has value should be donated. HOWEVER, DO NOT DONATE ITEMS THAT ARE POTENTIALLY UNSAFE.**

Certain household products such as cleaning solvents, lighters and torch fuel must be considered carefully in determining whether they are appropriate to donate, depending on their condition. Products that are flammable, corrosive, aerosols or acidic should NEVER be donated if:

- The fluids / contents are leaking, or
- The item is broken, spoiled, damaged or unusable

**Note: The senior manager on duty is responsible for determining whether an item is to be donated or not.**

**SUCCESSFUL FIELD PRACTICE**
An RTV associate can begin the selection process by:

- Pulling all merchandise older than 14 days from the 'As Is' display and bringing it to the donation processing area
- Removing the Bed Bath & Beyond price label or blacking it out on both new donation merchandise and any unsold 'As Is' merchandise

**Donation Merchandise Exceptions**
Non-merchandise items that were purchased with store funds and do not have a retail value, and are no longer in use may be donated with DM discretion. Approval for such a donation can be obtained by contacting your District Ops Trainer who should contact Asset Management to help facilitate the process. These items will not be reflected in your Profit Recovery figures.

Go Back                                                                                          07/03/2012 11:35:47 AM

Bed Bath & Beyond is partnered with Good360 (Formerly known as Gifts in Kind), a national nonprofit that matches local charities to companies that donate merchandise. Corporate and Good360 will match each store to a local charity.

It is the store's responsibility to arrange a pick-up schedule with their assigned local charity. This should be based on volume of donations and space considerations. The following are some recommendations:
**Weekly** for A Volume and above
**Weekly/BI-Weekly** for B+ and B
**BI-Weekly/Monthly** for C Volume and below

These are only suggestions and the store may call at any time to have additional pick-ups if needed. Check with your DM or OPS Trainer to ensure that you have the best possible schedule. The schedule should also be based on space available to store the donated merchandise until it is picked up by the charity.

Prior to releasing the merchandise to the charity representative, it is the responsibility of the keyholder to make sure the charity has two forms of a valid RDA Form with current charity information. This ensures that the charity is an authorized local charity that is in partnership with Bed Bath & Beyond and Good360.

**Please Note:**

- Since Good360 is still in transition from Gifts in Kind, there will be exisiting charities that will still use the RDP Identification Card. This is still a valid form of ID to release donations until the charity's expiration date.
- If a charity arrives for a pick up with only 1 valid RDA form, the store may make a photo copy for their records to ensure there are two copies made. One for the store, and one for the charity.

If, for any reason, you have a problem with your local charity you must contact your District OPS Trainer who should contact the 'Charity Issues' email box. Asset Management and Good360 have the following process in place for stores that are not matched to a charity or are experiencing charity issues:

- Good360 will attempt to schedule a one time pickup for your store.
- If a one time pickup cannot be scheduled within 5 business days, Good360 will schedule an LTL pickup from your store.

If you are contacting 'Charity Issues' to arrange a one time pickup, you must include the number of boxes the store currently has ready to be picked up.

BBB000010

Go Back                                                                 07/03/2012 11:36:27 AM

**Preparing Donated Merchandise for Pick-Up**

1. Whenever possible, the store must remove the Bed Bath & Beyond price sticker or black out the price.

2. Cleaning products, torch fuel and lighters must all be packaged separately from one another, as well as from all other donation items, with absolutely **NO EXCEPTIONS**. **For example: If one comforter, one lighter and one stain remover product are processed for donation, you will have three separate boxes, one box for each item since these items can NEVER be combined together in one box.**

3. The items must be packed securely to prevent getting damaged during transport. Aerosol products should be packaged with a piece of cardboard wrapped and taped over nozzle/cap so that the nozzle does not get depressed and release the propellant.

4. Sequentially label each carton, beginning with carton '#1,' to facilitate easier matching of documentation to the correct carton as described later.

5. Using the RF gun, create a Donation UPC List by scanning the original manufacturer's UPC. This will provide item detail and will be used as the donation-packing list (refer to Part III of this procedure: 'Using the RF Scanner to Process Donations' for directions about how to create a Donation UPC List).

6. **After the item has been scanned,** place a line through the existing UPC with a red permanent magic marker (items that were placed out for sale already have had their UPCs highlighted with a blue highlighter). The red line ensures that if, for some reason, the product is brought in for a return, it is easily identified as 'As Is Merchandise' that was donated. **Note: We do not accept returns for donated merchandise**.

7. The merchandise should be boxed up with the senior manager present, verifying that all the merchandise is placed in the box and that items have been boxed separately and securely as needed.

8. When all cartons have been completed, print Donation UPC Lists.

9. Attach the Donation UPC List to its corresponding carton.
Since the Donation UPC List prints by carton in the order scanned, the first carton scanned should be the first carton printed. Simply go in carton order and compare the last item scanned on each Donation UPC List to items at the top of the carton.

10. Seal the carton.

11. Sign your name across the taped portion of the box.

12. For boxes containing flammable / corrosive material, attach 2 "Flammable/Corrosive" labels to the box – one on the top and one on the side – and check off the appropriate box (either "Flammable" or "Corrosive") so the contents of the box are clearly identified.

- Labels can be re-ordered through the Wallace online website.
  **Note:** A label will NEVER have both boxes checked off since these items must be packaged separately from one another, as well as from all other donations, with absolutely **NO EXCEPTIONS**



13. Hold the sealed cartons of donation merchandise in the designated holding area until picked up by the charitable organization.

- If, for some reason, at time of pickup, you notice the seal is broken, it is the responsibility of the senior manager to re-inspect the merchandise to make sure the contents are the same as what is listed on the donation form prior to releasing the merchandise to the charity.

**NOTE: It is critical that all merchandise selected for donation has completed Donation UPC Lists associated to them and that the cartons are sealed and signed. This will ensure that merchandise that has not been processed through the RTV system does not mistakenly get placed in an unsealed donation carton. This could cause the store to generate shrink since the merchandise was not taken out of your inventory.**

Go Back                                                              07/03/2012 11:36:40 AM

**Preparation of Documentation**
In preparation for pickup by a local charity on their scheduled day, the store should prepare documentation needed the morning of pick-up:

1. **Complete a Shipping Manifest**
The shipping manifest is a recap, at carton level, of all Donation UPC Lists to be picked up by your store's local charity and indicates the total carton count and total fair value of the shipment.

- The Shipping Manifest should only be printed on the morning of the donation pickup. This ensures that all cartons processed prior to pickup are included on the manifest.
- The Store User must write the name of the charity organization on the shipping manifest.
- A Keyholder should check to ensure that all cartons listed as being given to the charity organization are listed on the manifest.

2. **Pick Up of Merchandise by Charity**
At time of pick up, have the driver sign both:

- Retail Donation Authorization form (both copies)
- Shipping Manifest – after all cartons have been acknowledged by the driver

**Documentation**
**Charity -** The only documentation that needs to be given to the local charity driver is a signed copy of the 'Retail Donation Authorization' form.

**Corporate -** A copy of the completed RDA form and donation manifest must be faxed to Finance at the number listed below.

- Documents should be faxed as soon as the Charity leaves.
- Do Not fax copies of the UPC lists.
- Do Not include a cover page.
- Do Not fax multiple stores together. Each store must be faxed separately.
- **Fax to 1-908-855-2015**

**Store -** The store should create a Donation folder/binder to file the following documentation:
- The original signed copy of the 'Retail Donation Authorization' form
- The original signed copy of the donation manifest

Additionally, a separate folder/binder should be created to file the Donation Logs, which are filled out as donations are completed and the paperwork is ready to send to Corporate. This log serves the following purposes:

- Gives the stores the ability to track the donation paperwork faxed to Corporate.
- Gives the trainers a reference to compare to the Missing Donation Documentation report.
- Provides a last-minute checklist of requirements for Corporate-bound donation paperwork.

**Donation Errors**
If any errors are identified on the UPC Donation Lists after the donation has been completed, please e-mail the RTV Mailbox with the following information:

- In the Subject line, type **Donation – Store #**, (enter your store number).
- Control number of shipping manifest
- Donation UPC List reference number that has the error

- The SKU # that has the incorrect quantity and the correct quantity

**Donation Paperwork Retention**
All paperwork should be retained for a rolling 14 months.

**Donation Security**
Bed Bath & Beyond and Good360 (Formerly know as Gifts in Kind) take the misuse of product donations by charities very seriously. Product donations through Good360 cannot be sold, traded, bartered, sold in thrift shops or second-hand stores, or used for auctions or fund-raisers, and must be given to the ill, needy, and youth. If you suspect that donations are being used inappropriately, please alert your OPS/LP manager at once. They will immediately investigate the situation and take the appropriate action. Any abuse of this program by any Bed Bath & Beyond personnel is considered a terminable offense, and will be treated accordingly.

**General Information**
1. Donated merchandise is not returnable. The UPC on the donated merchandise is defaced with a red magic marker so it should be easy to determine at time of return if the product was donated.

2. The intent of this program is to regain value from merchandise from our RTV program that does **not** meet Bed Bath & Beyond's high standard for quality. This program should not be used for merchandise that does meet Bed Bath & Beyond's high standards for quality and that has not gone through the RTV program.

# BBB As Is

**Selecting As Is Merchandise**

| | |
|---|---|
| Section: | 1 - Selecting As is Merchandise... |
| Topic: | As Is Merchandise |
| Contact: | Asset Management |

Go Back | Index | Print

Revised: 06/17/2011

## Supplies

In order to implement the program, you will need the following supplies:

- 'As Is Merchandise' price labels
- 'As Is Merchandise' 6x9 signs
- Blue highlighter
- Red thin magic marker

## Establishing a Merchandise Sell-Off and Donation Hold Area

Prior to processing any items for re-sale, the store must set up two separate retention locations:

1. Merchandise to be re-sold
2. Merchandise designated for donation

*This area should be located close to your current RTV area, and it should take about 16-24 linear feet of stockroom fixturing (this is a standard guideline).

**Note:** Merchandise that has not been through the RTV system should not be added to either of the above holding areas. This could cause the store to create shrink since the merchandise was not taken out of your inventory.

## Selecting Merchandise for Resale, Donation or Destruction

Each day:

- RTV Associates must process the DD, DA or MOS product as per procedure. Refer to Section 3 – Outbound Freight in the Operations Manual.
    - As a reminder if merchandise is not used or damaged and only needs repackaging, it should be repackaged and placed back on the salesfloor.
- A Senior Manager is responsible for pricing and determining whether the merchandise is to be sold, donated or disposed. The price should reflect what you believe the product will sell for within a 14-day period--priced to move. Guidelines to follow are:
- First markdown should not exceed 50% of the original price.
- Second markdown should not exceed 85% of the original price.

**Our goal is to sell 'As Is' or donate as much merchandise as possible.** Many items may not meet the Bed Bath & Beyond standard of first quality merchandise and therefore cannot be resold 'As Is'. However, these items should be donated as long as they do not pose a safety hazard.

1. Each item must be thoroughly checked to ensure that the merchandise is functional and can be safely used when determining whether to resell, donate or destroy the merchandise.

- For example, a shelf that is slightly dented or has paint that is scuffed **would be acceptable** to sell or donate.
- If that same shelf has a jagged edge, it would not be acceptable to re-sell or donate, and **should be discarded**.

2. If there is ever a question about the safety of an item, it **should never be placed for re-sale or donation.** Any merchandise that falls into this category must be disposed of per normal policy.

- Items should never be re-sold or donated if they pose a sanitary/safety hazard or cannot be used for their intended purpose (ex. If a customer returns bedding that has clearly been used it should not be resold).
- Items should never be re-sold or donated if they are missing safety, handling and warranty information.
- Recalled items should never be re-sold or donated.

3. The following are examples of merchandise that should **NEVER** be re-sold or donated:

| Item Type: | Example: |
|---|---|
| Any medication or digestible item | Food, baby formula, Children's Tylenol |
| Any electrical item that is unsafe or unusable | A humidifier can be sold if the humidifier section of the item is intact, but the reservoir is broken. |
| Items with chipped or broken glass | Picture frames |
| Personal care items that appear to be used | Toothbrushes, sponges, soaps, hairbrushes, or lotions |

4. Soft side merchandise should never be re-sold if they show signs of personal use. These items should be RTV'd and donated only.

- Ensure that we are following Bed Bug protocol.

**buy buy Baby Returns:**
1. A buy buy Baby return item is considered saleable if it is unopened and not tampered with.

2. Strollers and Safety gates can be resold only if all the hardware and warranty are included.

3. Merchandise from the vendor Medela can only be re-sold and can only be donated by Bed Bath Baby Department stores. The remainder of the chain <u>cannot</u> re-sell or donate merchandise from Medela.

**Warehouses:**
Merchandise that has been processed through RTV at one of the warehouses must be saleable if being shipped to one of the local stores. Merchandise that is not saleable due to not meeting Bed Bath & Beyond's standard of first quality merchandise should be donated or discarded at the warehouse.

**SUCCESSFUL FIELD PRACTICE**
A RTV Associate should be trained on how to begin the process once Senior Management becomes familiar with what falls into each category.

Using the PI table, have three bins set up to sort the merchandise into the following categories:

- Sellable
- Donation
- Trash

**As Is Merchandise Exceptions**
All merchandise selected for the As Is Program is for sale only and can not be used for any other purpose except donations.

1. Merchandise cannot be transferred to any other Bed Bath & Beyond location at any time because the costs of the move usually exceed the cost to sell or donate.
2. This merchandise cannot be held aside for purchase at a later date by any Bed Bath & Beyond Associate.
3. Only merchandise that has been processed through the RTV program or as a freight claim can be sold

through the As Is Program. The following exceptions may be made with DM discretion or corporate directive:

- Store supplies
- Store fixtures

**Remember! If there is ever a question about the safety of an item, it should never be placed for re-sale or donation.**

©2000 - 2012 Bed Bath & Beyond Inc. and its subsidiaries.

njapps11

**BBB As Is**                                                Go Back | Index| Print
Labeling & Pricing
Section:     2 - Labeling & Pricing...                       Revised: 06/17/2011
Topic:       As Is Merchandise
Contact:     Asset Management

**Labeling the Merchandise**
1. Whenever possible, the store should remove the existing price tag.

2. With a blue highlighter, place an **X** through the existing UPC to notify the cashier to look for an 'As Is Merchandise' label and, if necessary, to allow processing for donation if the merchandise does not sell.

3. In the upper right-hand corner of the product, place an 'As Is Merchandise' label (see below). The 'As Is Merchandise' label contains the 'As Is' UPC.



4. In the spaces provided within the label write:

   - The previous retail and the new reduced retail, with a red thin magic marker
   - The date the of the 1st reduced price (Which should be the same day the RTV was completed)
   - Indicate in the appropriate area on the label if the merchandise is:
   - Missing parts or pieces and what parts or pieces are missing (Make sure that this missing piece does not affect the usability of the product)

Examples:

   - A set of tea cups that is missing 1 tea cup
   - A bedding set is missing the flat sheet
   - Scratched or dented
   - A picture frame is scratched
   - A garbage can is dented
   - Other – briefly explain the reason for markdown. Ensure the reason makes sense to a customer to help avoid Customer Service issues
   - Good Examples of Other: Display (Use only after trying to sell through the In Store Special program, Unwanted Special Order)
   - Bad Examples of Other: Freight claim, Discontinued, Do not carry (DNC) or Dirty should not be written on the label.

5. When re-labeling the merchandise, make sure that you are not obstructing any product information that may be pertinent to the sale of the product.

http://home.bedbath.com/Intranet/storeops/BbbAsIs.nsf/pagelist/6F55ACB3515A009D6325...   7/9/2012

BBB000018

- Make sure repackaged product calls out what the product is.

**NOTE: When not in use, all 'As Is Merchandise' labels should be secured under lock and key in a location with keyholder access only. While pricing, the keyholder must never leave the 'As Is Merchandise' labels unattended.**

**SUCCESSFUL FIELD PRACTICE:**
An RTV associate can begin the process by highlighting the UPC. With a keyholder present, they can also assist in affixing the 'As Is Merchandise' labels.

**Determining the Price**
Once the RTV associate has separated the 'As Is' merchandise for re-sale, it is up to the senior manager to determine the price of each item. Even though this is an ongoing event, the intent is to sell the item within a 14-day period.

- *Price to Sell* - the reduced price should reflect *what you believe the product will sell for*, keeping in mind that we want the item to sell during the 14-day period. Depending on the salability of the item, the first price reduction should not exceed 50%. If the item doesn't sell after 7 days, a second markdown may be necessary and should not exceed 85% off the original price.
- **All 'As Is' merchandise must have an ending price of $0.98 (i.e. $10.98)**. This will easily enable Corporate to track all 'As Is' merchandise sales.

- For example, the regular price of an item is $24.99. The 'As Is Merchandise' price would be $12.98 (50% off the regular price $12.45 rounded up to a $0.98 price point ending).

**NOTE: When the person responsible for establishing the reduced price of 'As Is' merchandise selects an 'As Is' item to purchase, senior management must authorize and sign off on the price at time of purchase.**

**SUCCESSFUL FIELD PRACTICE:**

- Load the merchandise onto merchandise conveyance while pricing so it can easily be brought to the sales floor and merchandised.
- Have the approving Keyholder initial the label in case further follow-up is needed.

©2000 - 2012 Bed Bath & Beyond Inc. and its subsidiaries.

njapps11

**BBB As Is**

Merchandising As Is

| | | |
|---|---|---|
| Section: | 3 - Merchandising As Is... | |
| Topic: | As Is Merchandise | |
| Contact: | Asset Management | |

Go Back | Index| Print

Revised:06/17/2011

### Selecting a Selling Location for the 'As Is' Merchandise
When selecting a location, **please be conscious of the store's traffic flow so that the location will not impede the customers**. This fixture should be in addition to existing main aisle displays. It is not our intent to take away a fixture to make room for this program.

- The 'As Is Merchandise' location must be designated by your DM.
- The approved fixture for As Is Merchandise is a cut Gable
- Partner with your Fixture Lead and create a 4 foot X 5 foot cut Gable Fixture

### Merchandising 'As Is' Merchandise
Normal merchandising guidelines apply:

- **Maintain the appearance of the fixture.** The fixture should be neat and filled in at all times.
- **Ensure items are properly labeled** so customers know what the item is and what the issue is (ex. If the item is a bedding ensemble, the labels should reflect what part is missing).
- **Merchandise like items together.**
- **Check this fixture daily to ensure it is shop-able.** When filling the As Is fixture, make sure to place large bulky items at the bottom, but keep them visible. All items should be placed on the fixture, not around the fixture.
- Extra Large items such as furniture can be placed on the floor with DM approval.
- **A 6X9 tabletop sign-holder** should be placed in the middle of the As Is Fixture with an "As Is Merchandise" sign. Use a clearance topper to enhance the impact.


As Is.pdf

### Successful Field Practice:

### Cut Gable Fixture Example





**Divider wall example**



**Intermetro examples**



©2000 - 2012 Bed Bath & Beyond Inc. and its subsidiaries.

njapps11