# Exhibit B



# Bed Bath & Beyond/Good360 Product Donation Program

Good360 is pleased that Bed Bath & Beyond Inc. has engaged us to manage its world-class product donation program. Good360 pioneered the product philanthropy landscape and continues its leadership role through a wide variety of unique and donor-customized product donation programs, ranging from technology-driven product donation solutions to strategic employee product gift matching programs. Our value-added services include donation management, coordination and logistics expertise, quality customer service from a dedicated, caring, and committed staff, and timely reporting.

**Assignment**

Good360 and Bed Bath & Beyond have established a simple, practical and scalable national donation program that includes the following:

- A centralized donation process for all donations of refurbished inventory.

- Enable Bed Bath & Beyond to get a holistic view of the impact its donations have on the communities it serves.

- New and innovative ways to engage with community and increase the level of social impact.

- Identification and vetting of worthy philanthropic groups that meet corporate guidelines.

- Reduction and/or elimination of the costs associated with management of aged inventory.

- Documentation needed to qualify for a tax deduction by relying on Good360 to provide a comprehensive product donation strategy

- A demonstration of Bed Bath & Beyond's environmental stewardship through wise redeployment of assets through charitable donations; assist in boosting zero-waste initiatives and reducing carbon footprint.

- Building positive brand awareness for the company's philanthropic contributions and supporting its corporate social responsibility initiatives.

Specifics related to the structure, objectives, and overall approaches are described below.

467151 v2/RE

**BBB000023**



# I.   Donation Program – Overall Program Design

Good360 will manage all aspects of the donation experience.   Good360 will facilitate distribution of donations to the ultimate charitable organizations and vet each recipient's charitable status against Bed Bath & Beyond's giving guidelines (see "Due Diligence" below).  Additionally, Good360 will provide telephone and email support to participating charitable agencies; timely status and impact reports to Bed Bath & Beyond's leaders; and monitoring of donation use and compliance.  Such monitoring may span an initial confirmation of compliance to ongoing auditing to ensure completeness of ultimate charities' reporting and donation use.

## Program Management

- Good360 will dedicate a staff position to manage the donations received from Bed Bath & Beyond. This staff person will consult and closely partner with corporate staff, continuously improve donation logistics, and manage all challenges, questions and inquiries that come from either Bed Bath & Beyond or ultimate charity recipients.

## Logistics and Donation Program Processing

- Good360 will coordinate donation requests from a variety of intake points, which include website links at Good360's site.
- Good360 will manage and track the donations from stores based on location and inventory information provided by the donor.
- Good360 will process all orders and facilitate pickups of donations by the ultimate recipients.
- Good360 will provide Bed Bath & Beyond with reports, based on the frequency of donations and donation distributions.
- Good360 will promote the program to Good360's charity network and vetted charities nominated by the donor.
- Good360 will administer all program logistics between the donor and the ultimate charity recipients.
- Good360 will create donation transaction records for each new donation of products.
- After the close of the year, Good360 will close the donation transaction and issue consolidated tax documentation to the corporate contact at Bed Bath & Beyond.

## Due Diligence and Recipient Verification

Good360 will conduct the following activities to substantiate that all product donations are in accordance with the following Bed Bath & Beyond requirements:

- Verify active 501(c)(3) charity status and its equivalent for all ultimate donation recipients;
- Vet against OFAC list;
- Disqualify organizations that do not qualify per Good360 and Bed Bath & Beyond's donation policies;
- Review accuracy of contact and address provided.

## Program Analysis and Reporting

Good360 will provide Bed Bath & Beyond status updates that will include detailed match records by store, including ultimate recipient organization name, city, state, and phone number.  Consolidated tax documentation, including the donation acknowledgement letter, will be provided during the end-of-year report. The report serves both as an audit document and contributions report.  Prior to the release of the tax letter referred to above , Bed Bath & Beyond will provide to Good360 the FMV of donations categorized by state.

BBB000024



## III. Additional Terms

1. Title to donated products received from Bed Bath & Beyond shall transfer from Bed Bath & Beyond to Good360 upon donation inventory receipt.

2. Bed Bath & Beyond shall promptly notify Good360 of any recalls related to the donated products.  Bed Bath & Beyond shall be responsible for the mailing, shipping and all other reasonable administrative expenses incurred by Good360 in connection with any recall. In addition, Bed Bath & Beyond agrees to give Good360 prompt notice of any notices received from the CPSC or any other consumer safety agency regarding the donated products.

3. Good360 shall reserve the right to arrange for liquidation of any products received from Bed Bath & Beyond in its inventory that its charity recipients are unable to use for a charitable purpose, provided that the charity recipient has exercised reasonable efforts to place such products.

4. Should Bed Bath & Beyond wish to cease donations to Good360, Good360 requires 120 days advance notice in writing.  Sections 2, 5, 6 and 7 of this Article III survive any expiration or termination of this agreement.

5. The parties acknowledge that, as a result of this Agreement, Bed Bath & Beyond may acquire confidential and proprietary information, including, but not limited to, such information relating to Good360's operations, marketing plans, donor and donee lists, proposals and consultation (all of which shall collectively be considered the "Confidential Information").  Bed Bath & Beyond agrees not to disclose such Confidential Information to any third party, nor use, or permit any person or entity to use, any of such Confidential Information, except that each may disclose the Confidential Information to their respective directors, officers, employees, consultants, accountants, investment bankers, and legal advisors as is necessary to evaluate and execute the agreement. Moreover, the following shall not be deemed confidential for the purposes of this Agreement: (1) information that is or becomes generally available to the public other than as a result of a disclosure by Bed Bath & Beyond in violation of this Agreement; (2) information that becomes available or is obtained from a third party that is lawfully in possession of such Confidential Information; and (3) information known to Bed Bath & Beyond prior to this agreement.

6. Bed Bath & Beyond will indemnify and hold harmless Good360 and its affiliates, and each of its respective officers, directors, employees, agents, counsels, and successors, and assigns from and against any loss, cost, damage, expense, or liabilities (including reasonable attorneys' fees) incurred in connection with any and all third party claims to the extent such claims result from or relate to (i) Bed Bath & Beyond's negligence or willful misconduct, or (ii) Bed Bath & Beyond's manufacturing of the products donated to Good360 hereunder.

7. Limitation of Liability.  Neither party nor any of its affiliates will be liable for any special, indirect, consequential or incidental damages arising out of this agreement unless otherwise required by law.

8. Nothing in this agreement or donation program is intended to create any relationship between the parties other than as donor and recipient.

9. This agreement contains the entire agreement with respect to the performance by Bed Bath & Beyond and Good360 relating to the donation opportunity and supersedes any prior understandings and agreements.

BBB000025



10. Good360 shall have the right to choose the ultimate charitable organization to receive Bed Bath & Beyond products and will maintain control of Bed Bath & Beyond products until final distribution of products is made.

11. No waiver, amendment or other modification of any provision of this agreement shall be effective unless in writing and signed by each party.

12. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia. The Parties further acknowledge and agree that any legal action arising out of or relating to this Agreement shall be brought in the United States District Court for the Eastern District of Virginia, Alexandria Division. If there is no jurisdiction in such court, then jurisdiction shall be in the state courts of Fairfax County, Fairfax, Virginia.

If the above correctly sets forth our agreement and meets with your approval, please confirm by signing and returning the enclosed copy of this letter at your earliest convenience.  We look forward to working with you on this project.  Please let me know if I can provide additional information.  Thank you in advance for your consideration.


ACKNOWLEDGED AND AGREED:

Bed Bath & Beyond Inc.

By:_____

Name:_____

Title:_____

Date:_____


Good360

By:_____

Name:_____

Title:_____

Date:_____


467151 v2/RE

**BBB000026**