# Exhibit C



# GIFTS IN KIND
*international*

## Retail Donation Authorization Form

*This form must be completed for each donation pickup. Recipient organization must present the RDP identification card to the store manager at time of pickup.*

**Donations must be used by the recipient organization to operate its offices or be used to provide community service as noted in the organization's mission. Donations cannot be used for fundraisers, raffles or auctions, given to volunteers or staff members, or sold in retail stores, on websites or in flea markets.**

---

**Section One** (to be completed by the *store manager*)         Store # __384__

Total Number of Cartons/Units Donated: __23__    Total Retail Value (Fair Market Value): $ __5,120.01__

Store Manager's Signature: _[signature]_    Printed Name: _[illegible]_

*This store and Gifts In Kind International make no warranty, expressed or implied, including any warranty of fitness for a particular purpose, concerning items of merchandise or equipment donated for distribution for charitable purposes. Manager: Verify the RDP identification card presented by the recipient is for the current year.*

---

**Section Two** (to be completed by the *recipient charity*)    RDP Card # __182734__

The organization named below represents that:
1. It is an organization described in Section 501(c)(3) of the federal Internal Revenue Code, a Canadian charity registered with Revenue Canada or a recognized U.S. Indian reservation; and/or is exempt under Section 501(c)(3); and is not a private foundation (other than an operating foundation described in Section 4942(j)(3)).
2. The goods will be used solely for the care of the ill, needy or youth (as those terms are defined in applicable U.S. Treasury regulations). If your organization does not serve the ill, needy or youth, please check here ____.
3. The use of the goods will be related to the purpose of the organization that makes it tax exempt.
4. The goods will not be transferred (or attempted to be transferred) by the organization in exchange for money, property or other services. You agree that this restriction may be enforced by a court entering equitable relief including, but not limited to, injunctive relief.
5. The organization agrees to maintain adequate books and records of these donations as required by applicable tax regulations and to make such records available upon request to Gifts In Kind International and/or the Internal Revenue Service. The organization agrees to provide complete substantiation of its distribution of all product donations to the Internal Revenue Service and/or Gifts In Kind International promptly upon request.

Breach of any of your organization's obligations under paragraphs 2, 3 and 4 above will be a material breach of this contract, entitling Gifts In Kind International to rescind this contract and recover any and all such goods donated. In this connection, your organization agrees that the remedy of money damages is not exclusive and is inadequate and that Gifts In Kind International will be immediately and irreparably damaged by any such breach. In such event, your organization consents to the imposition of a constructive trust on any and all such goods in favor of Gifts In Kind International and further consents to a temporary, preliminary and permanent injunction in favor of Gifts In Kind International, forbidding your organization from making any disposition of the goods and requiring your organization to return immediately all such goods to Gifts In Kind International, as it directs.

Organization Name: __National Veterans Foundation__

Address: __9841 Airport Blvd # 512__

City/State/Zip: __Los Angeles CA 90045__

_[signature]_    __Freddy Cordova__    __April 8 2010__
Authorized Signature    Printed Name    Date of Pickup

---

*Recipient Organization: Give this form to the store manager after you have completed section two. Please ensure the authorized signature provided on this form is original and not photocopied.*

revised 1/24/03

BBB000027

Page: 1                                                                          4/08/10
BBR3510                              Donation Shipping Manifest

FROM:   BED BATH & BEYOND                           CONTROL #:      237236
        384 Hollywood                               CREATION DATE:  04/08/2010
        1557 Vine Street                            CREATED BY:     LBENNET
        Hollywood, CA 90028

                                                                    TOTAL
REFERENCE#           CARTON ID              TOTAL CTNS              FAIR VALUE
----------------------------------------------------------------------------------

2071612              208383264                  1                      301.86
2071613              208383271                  1                       19.99
2071614              208383240                  1                      119.99
2071615              208383257                  1                       69.99
2073625              208383349                  1                      239.97
2073626              208383356                  1                      354.93
2076348                                         1                      451.88
2076356                                         1                       39.99
2076358                                         1                      169.99
2076818                                         1                      249.99
2076987              208383189                  1                       49.99
2076988              208383172                  1                      283.90
2076989              208383332                  1                      299.99
2083267              208383295                  1                      877.79
2083268              208383301                  1                      216.95
2083269              208383318                  1                       27.99
2083270              208383325                  1                       69.99
2083400                                         1                      354.97
2083403                                         1                       99.99
2083404                                         1                       39.99
2084985              210378043                  1                      149.99
2084986              210378050                  1                      509.90
2084987              210378067                  1                      119.99

----------------------------------------------------------------------------------
TOTAL                                          23                   $5,120.01
----------------------------------------------------------------------------------

Charity: National Veterans Foundation

Driver Signature: [signature]

Pickup Date: April 8 2010    Time: 245

BBB000028



# GIFTS IN KIND
*International*

## Retail Donation Authorization Form

*This form must be completed for each donation pickup. Recipient organization must present the RDP Identification card to the store manager at time of pickup.*

**Donations must be used by the recipient organization to operate its offices or be used to provide community service as noted in the organization's mission. Donations cannot be used for fundraisers, raffles or auctions, given to volunteers or staff members, or sold in retail stores, on websites or in flea markets.**

**Section One** (to be completed by the *store manager*)    Store # __384__
Total Number of Cartons/Units Donated: __18__    Total Retail Value (Fair Market Value): $ __3,457.98__
Store Manager's Signature: _____    Printed Name: __THOMAS L KRAUL__

*This store and Gifts In Kind International make no warranty, expressed or implied, including any warranty of fitness for a particular purpose, concerning items of merchandise or equipment donated for distribution for charitable purposes.*
**Manager:** *Verify the RDP identification card presented by the recipient is for the current year.*

**Section Two** (to be completed by the *recipient charity*)    RDP Card # __182734__

The organization named below represents that:
1. It is an organization described in Section 501(c)(3) of the federal Internal Revenue Code, a Canadian charity registered with Revenue Canada or a recognized U.S. Indian reservation; and/or is exempt under Section 501(c)(3); and is not a private foundation (other than an operating foundation described in Section 4942(j)(3)).
2. The goods will be used solely for the care of the ill, needy or youth (as those terms are defined in applicable U.S. Treasury regulations). If your organization does not serve the ill, needy or youth, please check here ____.
3. The use of the goods will be related to the purpose of the organization that makes it tax exempt.
4. The goods will not be transferred (or attempted to be transferred) by the organization in exchange for money, property or other services. You agree that this restriction may be enforced by a court entering equitable relief including, but not limited to, injunctive relief.
5. The organization agrees to maintain adequate books and records of these donations as required by applicable tax regulations and to make such records available upon request to Gifts In Kind International and/or the Internal Revenue Service. The organization agrees to provide complete substantiation of its distribution of all product donations to the Internal Revenue Service and/or Gifts In Kind International promptly upon request.

Breach of any of your organization's obligations under paragraphs 2, 3 and 4 above will be a material breach of this contract, entitling Gifts In Kind International to rescind this contract and recover any and all such goods donated. In this connection, your organization agrees that the remedy of money damages is not exclusive and is inadequate and that Gifts In Kind International will be immediately and irreparably damaged by any such breach. In such event, your organization consents to the imposition of a constructive trust on any and all such goods in favor of Gifts In Kind International and further consents to a temporary, preliminary and permanent injunction in favor of Gifts In Kind International, forbidding your organization from making any disposition of the goods and requiring your organization to return immediately all such goods to Gifts In Kind International, as it directs.

Organization Name: __National Veterans Foundation__
Address: __9841 Airport Blvd Suite 512__
City/State/Zip: __Los Angeles, CA 90045__

Authorized Signature: _____    Printed Name: __Gerald Hillard__    Date of Pickup: __3/24/10__

*Recipient Organization:* Give this form to the store manager after you have completed section two. Please ensure the authorized signature provided on this form is original and not photocopied.

revised 1/24/03

BBB000029

```
Page:        1                                                                  3/24/10
BBR3510                              Donation Shipping Manifest

FROM:    BED BATH & BEYOND                          CONTROL #:      235697
         384 Hollywood                              CREATION DATE:  03/24/2010
         1557 Vine Street                           CREATED BY:     JDELVAL
         Hollywood, CA 90028

                                                                    TOTAL
REFERENCE#           CARTON ID               TOTAL CTNS             FAIR VALUE
---------------------------------------------------------------------------------
2055763              208383110                    1                      79.99
2055765              208383127                    1                     199.99
2055766              208383448                    1                     591.89
2055767              208383431                    1                     199.99
2062050              208383196                    1                     244.91
2062051              208383141                    1                      79.99
2062052              208383158                    1                      79.99
2062053              208383202                    1                      99.99
2062054              208383165                    1                     199.98
2062055              208383134                    1                      49.99
2064782              208383233                    1                     299.99
2064783              208383226                    1                     459.95
2064784              208383219                    1                     149.99
2065055                                           1                     199.99
2067703                                           1                      69.99
2067704                                           1                      19.99
2067705                                           1                     416.90
2067707                                           1                      14.47

---------------------------------------------------------------------------------
TOTAL                                            18                 $3,457.98
---------------------------------------------------------------------------------

Charity: National Veterans Foundation
Driver Signature: Gerald Willard
Pickup Date: 3/24/10         Time: 12:30
```

BBB000030