| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Atras<br>U.S. Department of Justice<br>1275 First St NE<br>Washington, D.C. 20001<br>Telephone: (202) 598-3738<br>Email: robert.j.atras@usdoj.gov<br><br>*Counsel to the United States of America* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-13359(VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>        Defendant. | Adversary Proceeding No. 24-01533-VFP |

## **ADJOURNMENT REQUEST**

1.    I, Robert J. Atras, am the attorney for Defendant United States of America, and request adjournment of the pretrial conference for the reason set forth below:

<u>Current hearing date and time</u>: February 26, 2026 at 10:00 a.m.

<u>New date requested</u>: May 27, 2026 at 10:00 a.m.

84656705;1

<u>Reason for adjournment request</u>: Plaintiff Michael Goldberg, Plan Administrator, filed a motion for summary judgment and scheduled the hearing on it for March 17, 2026. [Adv. Doc. 46.] In light of that hearing, the parties agree the current pretrial conference should be rescheduled.

2.  <u>Consent to adjournment</u>:

    [X]    I have the consent of all parties.

    [ ]    I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 23, 2026             */s/ Robert J. Atras*
                                    Signature

<u>COURT USE ONLY</u>:

The request for adjournment is:

[X]    Granted         New hearing date: <u>5/27/2026 @ 10AM</u>    [ ]    Peremptory

[ ]    Granted over objection(s)    New hearing date:         [ ]    Peremptory

[ ]    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

84656705;1