| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robert J. Atras<br>U.S. Department of Justice<br>1275 First St NE<br>Washington, D.C. 20001<br>Telephone: (202) 598-3738<br>Email: robert.j.atras@usdoj.gov<br><br>*Counsel to the United States of America* | |
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-13359(VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, an agency of the United States of America,<br><br>      Defendant. | Adversary Proceeding No. 24-01533-VFP |

## ADJOURNMENT REQUEST

1.    I, Robert J. Atras, am the attorney for Defendant United States of America, and request adjournment of the pretrial conference for the reason set forth below:

<u>Current hearing date and time</u>: March 17, 2026 at 10:00 a.m.

<u>New date requested</u>: April 14, 2026 at 10:00 a.m.

84656705;1

Reason for adjournment request: The United States requires additional time to obtain the views of all relevant stakeholders within the Internal Revenue Service to adequately respond to Plaintiff's motion for summary judgment.

2. Consent to adjournment:

[X]   I have the consent of all parties.

[ ]   I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 9, 2026            /s/ Robert J. Atras
                                  Signature

COURT USE ONLY:

The request for adjournment is:

[X]   Granted        New hearing date: 4/14/2026 at 10am   ☐   Peremptory

☐     Granted over objection(s)   New hearing date:        ☐   Peremptory

☐     Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

84656705;1