ROBERT J. ATRAS
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | Chapter 11 |
| Bed Bath & Beyond, Inc., et. al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | Adv. Pro. No. 2:24-ap-1533 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| Agency of the United States of America | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNITED STATES' CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant the United States of America, as proper party in place of its agency the Internal Revenue Service, hereby (1) opposes the motion for summary judgment (ECF No. 46) filed by Plaintiff Michael Goldberg, Plan Administrator ("*Plaintiff*") for 20230930-DK-Butterfly, Inc. f/k/a Bed Bath & Beyond, Inc. and affiliates, including a request for relief under Federal Rule of Civil Procedure 56(d), and (2) cross-moves for summary judgment in its favor and against Plaintiff.

1

In support, the United States submits: (1) Brief in Support of Opposition and Cross-Motion; (2) Statement of Material Facts Not in Dispute; (3) Response to Plaintiff's Statement of Material Facts Not in Dispute; (4) Declaration; (5) Proposed Order; and (6) Certificate of Service.

Date: April 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Robert J. Atras*
Robert J. Atras
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C., 20044
Telephone: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov
*Counsel for Defendant*

2