ROBERT J. ATRAS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | Chapter 11 |
| Bed Bath & Beyond, Inc., et. al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | Adv. Pro. No. 24-01533 (VFP) |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERIVCE, | : | |
| Agency of the United States of America | : | |
| (Internal Revenue Service), | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The relief set forth on the following pages, numbered two (2) through (2) is

**ORDERED**.

This matter having come before the Court on the United States' *Motion for Summary Judgment*, under Federal Rule of Bankruptcy Procedure 7012, the Court hereby **ORDERS** as follows:

1. The United States' Motion for Summary Judgment is **GRANTED**; and

2. Judgment is **ENTERED** in favor of the United States.

So ordered.