ROBERT J. ATRAS
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | |
| | : | |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a/ | : | Chapter 11 |
| Bed Bath & Beyond, Inc., et. al., | : | Case No. 23-13359 (VFP) |
| | : | |
| Debtors. | : | |
| | : | |
| MICHAEL GOLDBERG as | : | |
| Plan Administrator for 20230930-DK- | : | |
| BUTTERFLY-1, INC. f/k/a | : | |
| Bed Bath & Beyond Inc., | : | Adv. Pro. No. 24-01533 (VFP) |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| INTERNAL REVENUE SERIVCE, | : | |
| Agency of the United States of America | : | |
| (Internal Revenue Service), | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

1. I, Robert J. Atras, represent the United States of America in this matter.

2. On April 7, 2026, I electronically filed the United States' *Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment* (ECF No. 50) using the Court's CM/ECF system which will send a copy of the Motion to all parties registered to receive notification of such filings via CM/ECF.

3.  I hereby certify under penalty of perjury that the United States' *Cross-Motion for
Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment* (ECF
No. 50) was sent using the mode of service indicated.

Date: April 7, 2026

Respectfully submitted,

*/s/ Robert J. Atras*
Robert J. Atras
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C., 20044
Telephone: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov
*Counsel for Defendant*

2