**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Steven Wirth, Esq. |
| Peter O. Larsen, Esq. (admitted *pro hac vice*) |
| Raye Elliott, Esq. (admitted *pro hac vice*) |
| Stefi George, Esq., (admitted *pro hac vice*) AKERMAN LLP |
| 401 East Jackson Street, Suite 1700 |
| Tampa, FL 33602 |
| Telephone: (813) 223-7333 |
| Email:  steven.wirth@akerman.com |
| peter.larsen@akerman.com |
| raye.elliott@akerman.com |
| stefi.george@akerman.com |
| *Counsel to Plaintiff / Plan Administrator* |

**Order Filed on May 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*, | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., | |
| Plaintiff, | |
| v. | Adversary No. 24-01533 (VFP) |
| INTERNAL REVENUE SERVICE, an agency of the United States of America, | |
| Defendant. | |

**AMENDED JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL**

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: May 8, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

WHEREAS, a Joint Order Scheduling Pretrial Proceedings and Trial was entered on January 23, 2025.

WHEREAS, the Joint Order Scheduling Pretrial Proceedings and Trial entered on January 23, 2025 provided that the parties would submit another proposed order after the completion of mediation providing for specific dates for the close of fact discovery and scheduling the final pretrial conference and trial and therefore, it is.

ORDERED that

1.      All fact discovery is to be completed by October 31, 2026.  Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date.  Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.  To the extent any party seeks to introduce expert testimony, an amended joint scheduling order must be filed no later than 30 days after the above date, providing for the delivery of expert reports and completion of expert discovery.

2.      All motions must be filed no later than 60 days after the completion of all discovery. Late filed motions will not constitute cause for an adjournment of the trial date.

3.      The parties have already filed cross-motions for summary judgment. Defendant anticipates filing a new summary judgment motion following completion of discovery, at which point the motions shall be set for hearing at the request of the parties.

4.      The Final Pre-Trial Conference will be held on   January 28, 2027   ,at   10:00   am at 50 Walnut Street, Courtroom 3B, Newark, NJ 07102.

5.      Trial will begin on   February 24   , 2027 at   10:00   am or as soon as the matter may be heard, at:

85509145;2

UNITED STATES BANKRUPTCY COURT ADDRESS:

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Courtroom no: 3B

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, *ADJOURNMENT REQUEST,* VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**

4

85509145;2