ERIKA J. TECUA
Trial Attorney, Tax Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-514-5085
Fax: 202-514-6770
erika.tecua@usdoj.gov

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a/<br><br>Bed Bath & Beyond, Inc., et. al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP) |
| MICHAEL GOLDBERG as<br>Plan Administrator for 20230930-DK-<br>BUTTERFLY-1, INC. f/k/a<br>Bed Bath & Beyond Inc.,<br><br>Plaintiff<br>vs.<br><br>INTERNAL REVENUE SERIVCE,<br>Agency of the United States of America<br>(Internal Revenue Service),<br><br>Defendant. | Adv. Pro. No. 2:24-ap-1533 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of the Defendant, Internal Revenue

Service, in this matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Erika J. Tecua
Trial Attorney, Tax Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Email: erika.tecua@usdoj.gov

<u>DOCUMENTS</u>

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: September 23, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch, Civil Division

*<u>/s/ Erika J. Tecua</u>*
ERIKA J. TECUA
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
MD Bar Number 2510011004
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-5085
Fax: 202-514-6770
erika.tecua@usdoj.gov