**UNITED STATES BANKRUPTCY COURTDISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven Wirth, Esq.
Peter O. Larsen, Esq. (admitted *pro hac vice*)
Raye Elliott, Esq. (admitted *pro hac vice*)
Stefi George, Esq., (admitted *pro hac vice*)
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Email: steven.wirth@akerman.com
peter.larsen@akerman.com
raye.elliott@akerman.com
stefi.george@akerman.com

*Counsel to Plaintiff / Plan Administrator*

**Order Filed on October 2, 2026 by Clerk U.S. Bankruptcy Court District of New Jersey**

In re:
20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,

Debtors.

Case No. 23-13359 (VFP)

(Jointly Administered)

MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,

Plaintiff,

v.

INTERNAL REVENUE SERVICE, an agency of the United States of America,

Defendant.

Adversary No. 24-01533 (VFP)

## SECOND AMENDED JOINT ORDER
## SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered (2) and (3) is hereby **ORDERED**.

**DATED: October 2, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

WHEREAS, a Joint Order Scheduling Pretrial Proceedings and Trial was entered on January 23, 2025 which provided that the parties would submit another proposed order after the completion of mediation providing for specific dates for the close of fact discovery and scheduling the final pretrial conference and trial.

WHEREAS, on May 8, 2026 an Amended Joint Order Scheduling Pretrial Proceedings and Trial (ECF 54) was entered which set deadlines for completion of discovery, filing of motions and scheduled the final pre-trial conference and trial.

WHEREFORE, the parties see to modify certain deadlines in the May 8, 2026 Order therefore, it is.

ORDERED that

1. All fact discovery is to be completed by February 1, 2027. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date. To the extent any party seeks to introduce expert testimony, an amended joint scheduling order must be filed no later than 30 days after the above date, providing for the delivery of expert reports and completion of expert discovery.

2. All motions must be filed no later than 60 days after the completion of all discovery. Late filed motions will not constitute cause for an adjournment of the trial date.

3. The parties have already filed cross-motions for summary judgment. The parties anticipate filing new summary judgment motions following completion of discovery, at which point the motions shall be set for hearing at the request of the parties.

4. The Final Pre-Trial Conference will be held on May 13, 2027 at 10am am/pm at 50 Walnut Street, Courtroom 3B, Newark, NJ 07102.



88638882;1

5. Trial will begin on May 26, 2027 at 10am am/pm

or as soon as the matter may be heard, at:

UNITED STATES BANKRUPTCY COURT ADDRESS:

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Courtroom no: 3B

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, *ADJOURNMENT REQUEST,* VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**